FILED
U.S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT -8  A 8: 38
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

DISTRICT OF UTAH

| | | |
|---|---|---|
| COLORADO SNACK FOODS, LLC | : | BY:_____ DEPUTY CLERK |
| | : | Civil Action No. 2:06CV00073 |
| Plaintiff, | : | |
| | : | |
| v. | : | **CONSENT JUDGMENT AND** |
| | : | **PERMANENT INJUNCTION** |
| ROCKY MOUNTAIN KETTLE CORN, | : | |
| LLC | : | |
| | : | |
| | : | |
| Defendant. | : | |

The parties to this action have stipulated to the facts set forth in the following paragraphs numbered 1 through 4 below:

1.     This action arises under the Lanham Act, 15 U.S.C. § 1051 *et seq*. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1338, and 1367(a).

2.     The Court has personal jurisdiction over all parties to this action, and the parties acknowledge the jurisdiction of this Court to enter and enforce this Consent Judgment and Order of Permanent Injunction.

3.     Plaintiff Colorado Snack Foods, LLC ("CSF") is the owner of Trademark Registration Nos. 2,773,547 and 2,301,900, issued by the United States Patent & Trademark Office for the trademark ROCKY MOUNTAIN POPCORN COMPANY.

4.     Plaintiff CSF is the senior user in the United States of the ROCKY MOUNTAIN POPCORN COMPANY mark, and the ROCKY MOUNTAIN POPCORN COMPANY mark is a valid and enforceable trademark.

Based on these stipulated facts and the consent of the parties, the Court enters the following ORDERS and JUDGMENT as follows:

5.      Beginning after June 24, 2006, Defendant Rocky Mountain Kettle Corn, LLC, and each of its officers, directors, agents, servants, and employees, and all others aiding, abetting, or acting in concert with and having knowledge thereof, are permanently enjoined from operating any business, or selling, distributing, marketing, advertising, or promoting any goods or services related to popcorn or snack foods under any mark or trade name containing the words ROCKY MOUNTAIN, ROCKY MOUNTAIN KETTLE CORN, ROCKY MOUNTAIN POPCORN, or any other mark confusing similar thereto.

6.      All remaining claims and prayers for relief in this action are dismissed and denied, the parties to pay their own costs and attorneys' fees.

Dated this _7th_ day of March, 2006

_____
Ted Stewart, District Judge
United States District Court

2

Approved as to Form and Content:


/s/Jennifer L. Lange                          /s/Evan A. Schmutz
_____                                 _____

Jennifer L. Lange (8470)                      Evan A. Schmutz
HOLLAND & HART LLP                            Hill, Johnson & Schmutz
60 East South Temple, Suite 2000              Jamestown Square
Salt Lake City, Utah  84111                   3319 North University Avenue
(801) 595-7800                                Provo, UT 84604
                                              *(Signed copy of document bearing signature of*
Timothy P. Getzoff *(pro hac vice pending)*   *Other Attorney is being maintained in the office of*
HOLLAND & HART LLP                            *the Filing Attorney)*
One Boulder Plaza
1800 Broadway, Suite 300                      Attorneys for Rocky Mountain Kettle
Boulder, Colorado 80302                       Corn, LLC
(303) 473-2700

Attorneys for Plaintiff Colorado Snack
Foods, LLC


3521497_2.DOC