AO 121

| To: | REPORT ON THE |
|---|---|
| Commissioner of Patents and Trademarks<br>PO BOX 1450<br>Alexandria VA 22313-1450 | FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court** <u>**for the District of Utah**</u> on the following ☐ Patents  ☒ Trademarks:

| DOCKET NO.<br>2:06cv73 TS | DATE FILED<br>01/24/06 | U.S. DISTRICT COURT<br>**Central District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|
| PLAINTIFF<br>**Colorado Snack Foods, LLC** | | DEFENDANT<br>**Rocky Mountain Kettle Corn, LLC** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  2,773,547 | 10/14/03 | Colorado Snack Foods |
| 2  2,301,900 | 12/21/1999 | Colorado Snack Foods |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| CONSENT JUDGMENT and PERMANENT INJUNCTION-Beginning after June 24, 2006 Dft Rocky Mountain Kettle Corn and associates are permanently enjoined from operating in any business or promoting any goods or services related to popcorn or snack foods under any mark or trade name containing the words ROCKY MOUNTAIN, ROCKY MOUNTAIN KETTLE CORN, ROCKY MOUNTAIN POPCORN or any mark confusing similar thereto. All remaining claims and prayers for relief in this action are dismissed and denied, the parties to pay their own costs and attorneys' fees. Case Closed. Signed by Judge Ted Stewart on 3/7/06. (jmr, ) (Entered: 03/08/2006) |

| CLERK<br>Markus Zimmer | (BY) DEPUTY CLERK<br>Jennifer Richards | DATE<br>3/13/06 |
|---|---|---|

DISTRIBUTION :
1) Upon initiation of action mail copy to Commissioner & lodge a copy in the file
2) Upon filing of document adding copyright(s), mail copy to Commissioner & lodge a copy in the file
3) Upon termination of action , mail copy to Registrar of Copyrights & lodge a copy in the file.